| | |
|---|---|
| BESSIE EVANS, ON BEHALF OF THE ESTATE OF HER DAUGHTER, JEANIE EVANS; and CONNIE NORTHINGTON, ON BEHALF OF THE ESTATE OF SHARONDA HENDRICKS, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **MOTION TO SEAL** |
| PMT EXPRESS, LLC a/k/a PAUL MILLER TRUCKING; PAUL MILLER TRUCKING, INC. d/b/a PAUL MILLER TRUCKING; INC.; and JAMES PHILIP MYERS, JR., | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

The Plaintiffs, by and with the consent of the Defendants, hereby file this Motion to Seal pursuant to Local Rule 79.2 and Local CM/ECF Policy Manual Section T, requesting permission to submit under seal the attached documents containing confidential sums related to the settlement of this matter, as well as containing confidential sums and agreements between and among Plaintiffs themselves and their Counsel, for the reasons set forth in their accompanying Memorandum of law.

Respectfully submitted,

**SICO WHITE HOELSCHER HARRIS &**
**BRAUGH LLP**


*/s/ Matthew S. Finkelstein*
JAMES H. HADA
Texas Bar No. 08671050
MATTHEW S. FINKELSTEIN
Texas Bar No. 24069719
Three Riverway, Ste. 1910
Houston, Texas 77056
Phone: (713) 465-9944
Fax: (877) 521-5576
jhada@swhhb.com
mfinkelstein@swhhb.com


**RICCI LAW FIRM, P.A.**


*/s/ Meredith S. Hinton*
BRIAN M. RICCI
N.C. Bar No. 24480
MEREDITH S. HINTON
N.C. Bar No. 34224
2839 Charles Blvd.
Greenville, NC 27858
Phone: (252) 752-7038
Fax: (252) 752-1016
bmricci@riccilawnc.com
mshinton@riccilawnc.com

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following parties on this 2nd day of July, 2015, via CM/ECF, hand delivery, overnight courier, U.S. Mail, certified mail, return receipt request, or facsimile, pursuant to the Federal Rules of Civil Procedure:

Harold Spears
Caudle & Spears, PA
121 W. Trade St., Ste. 2600
Charlotte, NC  28202-5399
hspears@caudlespears.com

**ATTORNEYS FOR DEFENDANTS**

*/s/ Matthew S. Finkelstein*
MATTHEW S. FINKELSTEIN