UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-cv-00210-FL

| | |
|---|---|
| BESSIE EVANS, ON BEHALF OF THE ESTATE OF HER DAUGHTER, JEANIE EVANS; and CONNIE NORTHINGTON, ON BEHALF OF THE ESTATE OF SHARONDA HENDRICKS, <br><br> Plaintiffs, <br><br> v. <br><br> PMT EXPRESS, LLC a/k/a PAUL MILLER TRUCKING; PAUL MILLER TRUCKING, INC. d/b/a PAUL MILLER TRUCKING; INC.; and JAMES PHILIP MYERS, JR., <br><br> Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO SEAL** |

The Plaintiffs, by and with the consent of the Defendants, hereby submit this Memorandum in Support of their Motion to Seal, showing the Court as follows:

1. The parties have reached an agreement to settle this action upon payment of a confidential settlement sum in exchange for satisfactory Releases, and they have filed a Petition with the Court for approval of that settlement.

2. Copies of the Releases have been filed with the Court with the confidential settlement sum redacted.

3. The Plaintiffs bring this Motion requesting permission to file under seal the Releases, which confidential settlement sum, terms, and conditions, as well as declarations of Plaintiffs and Mr. Jones in support of the settlement, which likewise

{00456273-1 }                                         1

contain confidential information relative to their agreements between one another and their agreements with and representation by undersigned Counsel for Plaintiffs.

4. Plaintiffs and Defendants have agreed that the settlement sum shall be kept confidential. The parties submit to the Court that the monetary amounts reflected in the proposed Releases are part of the private agreement between the parties, do not represent discovery materials or materials relevant to the claims and defenses of the parties, and thus do not trigger First Amendment right of access concerns. Consequently, the interests of justice dictate that knowledge of the confidential settlement sum be limited to the parties and to the Court.

5. In addition, the details of Plaintiffs' agreements with one another and with their Counsel and the details set forth in their Declarations supporting the approval of the Settlement are generally protected by various privileges, are being presented to the Court (and Defendants) only for the approval of this settlement, and are otherwise not subject to the same First Amendment concerns outlined above.

6. Because the Court needs to review the settlement and other papers in order to consider the pending Petition to approve the settlement, alternatives to sealing would be inadequate.

7. The sealing of these documents is sought so that justice may be done.

8. Plaintiffs, by and with the consent of the Defendants, therefore move this Court pursuant to Local Rule 79.2 and Local CM/ECF Policy Manual Section T for an order granting their Motion and permitting the submission under seal of the portions of the parties' Releases containing the confidential settlement sum.

Respectfully submitted,

**SICO WHITE HOELSCHER HARRIS & BRAUGH LLP**

*/s/ Matthew S. Finkelstein*
JAMES H. HADA
Texas Bar No. 08671050
MATTHEW S. FINKELSTEIN
Texas Bar No. 24069719
Three Riverway, Ste. 1910
Houston, Texas 77056
Phone: (713) 465-9944
Fax: (877) 521-5576
jhada@swhhb.com
mfinkelstein@swhhb.com

**RICCI LAW FIRM, P.A.**

*/s/ Meredith S. Hinton*
BRIAN M. RICCI
N.C. Bar No. 24480
MEREDITH S. HINTON
N.C. Bar No. 34224
2839 Charles Blvd.
Greenville, NC 27858
Phone: (252) 752-7038
Fax: (252) 752-1016
bmricci@riccilawnc.com
mshinton@riccilawnc.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following parties on this 2nd day of July, 2015, via CM/ECF, hand delivery, overnight courier, U.S. Mail, certified mail, return receipt request, or facsimile, pursuant to the Federal Rules of Civil Procedure:

Harold Spears
Caudle & Spears, PA
121 W. Trade St., Ste. 2600
Charlotte, NC 28202-5399
hspears@caudlespears.com

**ATTORNEYS FOR DEFENDANTS**

*/s/ Matthew S. Finkelstein*
MATTHEW S. FINKELSTEIN