UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| BESSIE EVANS, ON BEHALF OF THE ESTATE OF HER DAUGHTER, JEANIE EVANS; and CONNIE NORTHINGTON, ON BEHALF OF THE ESTATE OF SHARONDA HENDRICKS, | § § § § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | C.A. No. 4:13-cv-00210-FL |
| PMT EXPRESS, LLC a/k/a PAUL MILLER TRUCKING; PAUL MILLER TRUCKING, INC. d/b/a PAUL MILLER TRUCKING INC.; and JAMES PHILIP MYERS, JR., | § § § § § § | |
| *Defendants*. | § | JURY DEMANDED |

## ORDER

CAME ON TO BE CONSIDERED Plaintiff's Consent Motion to Seal [Doc. 92] and the Court having considered the Motion, the pleadings and evidence on file, and any arguments of Counsel, is of the opinion that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Exhibits "A," "B," "C," "F," "G," and "H," [Docs. 91-1 through -7] be SEALED and incorporated by reference to Plaintiff's Appendix to and Petition to Approve Wrongful Death Settlement Involving Minor Beneficiary [Docs. 90 and 89, respectively].

SIGNED this  6th  day of  July , 2015.

*[signature: Louise W. Flanagan]*

HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE